CASE NO. 2:24-cv-01589-EJY

**Pro se litigant:**
Genay L. Amerson
1412 Dragonfly Ranch Lane
North Las Vegas, NV 89081
Phone: (213) 359-9278
Email: dnpblessings@icloud.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENAY L. AMERSON, AN INDIVIDUAL | CASE NO. 2:24-cv-01589-EJY |
| Plaintiff, | **STATUS REPORT OF PLAINTIFF** |
| vs. | |
| LAS VEGAS COLLEGE; MIKHAIL EDUCATION CORPORATION, A DOMESTIC CORPORATION; PETER MIKHAIL, PRESIDENT OF MIKHAIL EDUCATION CORPORATION; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants. | |

    The Plaintiff, a pro se litigant, submits the following Status Report, in response to the Status Report of U.S. Department of Education, pursuant to Court's January 27, 2025 Order, ECF No. 38.

1. The PLAINTIFF served OCR Seattle with a subpoena for "documents"[1] in OCR case #10222173 on December 26, 2205 via FedEx Overnight Priority Delivery. OCR signed for the package and scheduled a meet-and confer with the PLAINTIFF that took place on December

---

[1] "documents" for all intents and purposes is defined under Attachment A – Schedule of Documents to be produced.

1

FOIA HEARING STATUS REPORT

31, 2024, (5) days after being served the subpoena.

2. The meet-and-confer left both parties at a standstill, as OCR wanted the PLAINTIFF to quash the subpoena and they would slowly produce documents with no guarantee that all documents would be delivered; and the PLAINTIFF, wanted a guarantee all documents contained within OCR case file #10222173 would be produced and delivered within (7) days time, January 6, 2025, as this date put them (12) days out from the date of service. The PLAINTIFF was concerned with receipt of case file documents because she originally submitted a FOIA Request back in July of 2024, that the Department of Education did not respond to until receipt of subpoena in this case.

3. NRCP 45(a)(4)(B)(ii) requires that before a party may be protected from the subpoena, "the objecting party must file and serve written objections to the subpoena and a motion for a protective order under Rule 26(c) within 7 days after being served with notice and a copy of the subpoena under Rule 45(a)(4)(A)". Emphasis added. Thus, failure to both object within 7 days and file a motion within 7 days waives the objections and the right to a protective order. Waiver generally applies even if the objection is as to privilege."[2]

4. The Department of Education at no point during their (12) day window did they object to subpoena or even hint at Intent to Subpoena as an objection to produce "documents" per instructions of subpoena. However the subpoena served was clearly date stamped by the Deputy Clerk, on December 10, 2024, and the Notice was proof of proper procedure for the State of Nevada per NRCP 45[3].

---

[2] Cf. Id. (citing Davis v. Fendler, 650 F.2d 1154, 1160 (9th Cir. 1981) (holding in the context of Rule 33 that a "failure to object" "constitutes waiver of any objection" and "is true even of an objection that the information sought is privileged")).

[3] NRCP 45(a)(1)(D) authorizes issuance of a subpoena to a non-party to produce evidence independent of any deposition or permit inspection of premises.

CASE NO. 2:24-cv-01589-EJY

5. The PLAINTIFF has had to wait (7) months to almost receive 2,266 pages, which constitutes an unknown number of documents, and it is unclear if this is all documentation contained within OCR case #10222173, as the PLAINTIFF has not had those documents made available to her in direct contradiction to the U.S. Attorney's Office Status Report, filed on February 14, 2025, that stated on February 13, 2025, "the Department completed its production of records for FOIA Request No. 24-02735-F, producing an additional 2,266 pages in its response. On that same date, the Department closed FOIA Request No. 24-02735-F"; but no where does it state those documents were made available to the PLAINTIFF.

6. On January 6, 2025, after close of business, the PLAINTIFF filed the First Motion to Compel Subpoena Duces Tecum with this Court. Due to a small technicality, PLAINTIFF filed a Second Motion to Compel Subpoena Duces Tecum that remedied the technicality of the First Motion to Compel; and PLAINTIFF respectfully requests You Honor, grant her Second Motion to Compel her subpoena served on OCR as part of the FOIA Hearing, scheduled on February 18, 2025, at 9:30 AM PST.

7. The PLAINTIFF objects to the U.S. Attorney's Office representing the Department of Education, a Status Report by the U.S. Attorney's Office, was only filed after the PLAINTIFF emailed all involved parties, including the Magistrate Judge's Clerk, the part of ECF Order 38, which stipulated OCR, DoEd Counsel, and "an appropriate representative of the Department," may appear at the FOIA Hearing. The U.S. Attorney's Office, does not qualify as appropriate representation, and the Department of Education and OCR should be compelled to appear before this Court.

FOIA HEARING STATUS REPORT

CASE NO. 2:24-cv-01589-EJY

Dated: January 15, 2025         Respectfully Submitted By:

　　　　　　　　　　　　　　　　/s/Genay L Amerson_____
　　　　　　　　　　　　　　　　Genay L. Amerson
　　　　　　　　　　　　　　　　1412 Dragonfly Ranch Lane
　　　　　　　　　　　　　　　　North Las Vegas, NV 89081
　　　　　　　　　　　　　　　　Phone: (213) 359-9278
　　　　　　　　　　　　　　　　Email: dnpblessings@icloud.com
　　　　　　　　　　　　　　　　Pro se litigant

CASE NO. 2:24-cv-01589-EJY

**Signature of this document certifies that a copy was served to the persons named below on the date and in the manner indicated:**

| Person Served | Party | Date | Method |
|---|---|---|---|
| Karl A. Schweikert<br>Nevada Bar No. 13756, California Bar No. 291497 **KDH Law**<br>2101 Stone Blvd., Suite 115 West Sacramento, CA 95691 916.993.5226<br>Karl@KDHendrickson.com<br>LR IA 11-1(b)(2)<br><br>Attorney Cody S. Mounteer, Esq.<br>Marquis Aurbach<br>10001 River Run Drive<br>Las Vegas, NV 89145 | Las Vegas College, Mikhail Education Corporation, and Peter Mikhail President of Mikhail Education Corporation | 2/15/2025 | Electronic |

SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
Attorneys for the United States