UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENAY L. AMERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS COLLEGE, MIKHAIL EDUCATION CORPORATION, a domestic corporation; PETER MIKHAIL, PRESIDENT OF MIKHAIL EDUCATION CORPORATION; DOES 1 through 10; ROE Entities 11 through 20, inclusive jointly and severally,<br><br>Defendants. | Case No. 2:24-cv-01589-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Motion to Strike ECF Nos. 139, 140, 142, 143, 144 & 145. ECF No. 147. The Motion was filed on August 22, 2025. *Id*. A review of the docket shows that no response to the Motion was filed. Under U.S. District Court for the District of Nevada Local Rule 7-2(d), the Court may treat the failure of the non-moving party to oppose a motion as that party's consent to grant the motion.

In addition to LR 7-2(d), which provides independent grounds to grant the instant Motion, the Court finds as follows: ECF No. 139 is titled as an Errata to Plaintiff's Second Amended Complaint (the "SAC") that was filed on January 21, 2025 (*see* ECF No. 37). The Errata seeks to name Peter Mikhail individually as a defendant (ECF No. 139 at 2); however, Plaintiff did not seek leave to amend her SAC and, thus, this document was filed in violation of Federal Rule of Civil Procedure 15(a)(2). The Errata at ECF No. 139 is, therefore, properly stricken.

ECF No. 140 is titled as a Second Amended Complaint, but is really the Third Amended Complaint as the SAC was filed at ECF No. 37. ECF No. 140 attaches the Errata at ECF No. 139 and the Complaint originally filed in state court. Plaintiff did not seek leave to file a third amended complaint. Thus, ECF No. 140 was filed without leave of Court and is also in violation of Fed. R. Civ. P. 15(a)(2). ECF No. 140 is properly stricken.

ECF No. 142 contains 391 pages of purported exhibits to Plaintiff's filing at ECF No. 140 (the Third Amended Complaint mistitled as the Second Amended Complaint). Given ECF No. 140 is stricken, the exhibits, which are in any event prolix, are properly stricken. ECF No. 143 is an Errata to ECF No. 142. ECF Nos. 144 and 145 are manual filings that, to the extent are decipherable, appear to be related to the mistitled Third Amended Complaint (ECF No. 140), which the Court has stricken. Thus, these documents are also properly struck.

Accordingly, IT IS HEREBY ORDERED that ECF No 147 (Defendants' Motion to Strike ECF Nos. 139, 140, 142, 143, 144 & 145) is GRANTED.

IT IS FURTHER ORDERED that ECF Nos. 139, 140, 142, 143, 144 and 145 are stricken from the record.

Dated this 26th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE